IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| ) | | |
| v. ) | | |
| ) | Cr. No. 08-219 (RJL) | |
| DEONTE MARSHALL ) | | |
| ) | | |

**MOTION TO WITHDRAW AS COUNSEL**

Jonathan S. Jeffress, Assistant Federal Public Defender, respectfully moves the Court for an Order granting leave to withdraw as counsel in this case and states in support thereof:

1. Deonte Marshall is charged in a one-count indictment with felon-in-possession of a firearm, in violation of 18 U.S.C. § 922(g)..

2. Undersigned counsel represented Mr. Marshall in a previous case in this Court regarding a violation of Mr. Marshall's conditions of supervised release. Undersigned counsel also represented Mr. Marshall in this case when it was initiated via a Criminal Complaint. Undersigned counsel also represented Mr. Marshall at his arraignment on the instant indictment on July 30, 2008. At that time, counsel moved orally to withdraw, and the Court granted undersigned counsel's motion. This motion memorializes counsel's request for the written record.

3. It has become increasingly clear throughout the course of undersigned counsel's representation of Mr. Marshall that Mr. Marshall is not satisfied with counsel's efforts on Mr. Marshall's behalf. Indeed, Mr. Marshall is convinced that undersigned counsel cannot and will not effectively represent him in this matter. Therefore, Mr. Marshall asked undersigned counsel to withdraw from the case.

4. Given the seriousness of the charges pending against Mr. Marshall, and Mr.

Marshall's belief that undersigned counsel cannot and will not effectively represent him, undersigned counsel joins in Mr. Marshall's request that new counsel be appointed to represent Mr. Marshall in this matter.

WHEREFORE, it is respectfully requested that Jonathan S. Jeffress, Assistant Federal Public Defender, be permitted to withdraw as Mr. Marshall's counsel of record and that Mr. Marshall be appointed new Counsel.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500, ex. 134

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Cr. No. 08-219 (RJL) |
| DEONTE MARSHALL ) | |
| ) | |

**O R D E R**

Upon consideration of the Motion to Withdraw as Counsel filed by the Federal Public Defender in this case, and the entire record in this matter, it is this _____ day of _____, 2008 hereby

ORDERED, that the Motion to Withdraw as Counsel is hereby granted; and it is further

ORDERED, that Jonathan S. Jeffress is permitted to withdraw as counsel.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

copies to:

Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004

David Saybolt
Assistant United States Attorney
for the District of Columbia
555 4th Street, NW
Washington, D.C.  20001