NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                          Criminal Number  08-219 (RJL)

**DEONTE MARSHALL**
        (Defendant)

TO:    NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED
ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[x]  CJA            [ ]  RETAINED          [ ]  FEDERAL PUBLIC DEFENDER

_____
                (Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

**Cary Clennon  #366816**
        (Attorney & Bar ID Number)

_____
                (Firm Name)

**P.O. Box 29302**
        (Street Address)

**Washington, D.C.  20017**
    (City)            (State)            (Zip)

**(202) 269-0969**
        (Telephone Number)