UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-219 (RJL) |
| | : | |
| v. | : | |
| | : | |
| DEONTE MARSHALL, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney OPHER SHWEIKI, at telephone number (202) 353-8822 and/or email address Opher.Shweiki@usdoj.gov.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney


        _____/s/_____
BY:  OPHER SHWEIKI
        Assistant United States Attorney
        Bar No. 458-776
        555 Fourth Street, N.W. Room 4233
        Washington, D.C. 20530
        (202) 353-8822
        Opher.Shweiki@usdoj.gov