UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 08-219 (RJL) |
| : | |
| v. : | |
| : | |
| DEONTE MARSHALL, : | |
| : | |
| Defendant. | |

NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Charles N. Floyd, Bar Number 97-219 , telephone number (202) 305-2195 and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
Charles N. Floyd
ASSISTANT UNITED STATES ATTORNEY
Bar No. 97-219
555 4th Street, N.W., Room 4243
Washington, DC 20530
(202) 305-2195
Charles.Floyd@usdoj.gov